UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:18-CR-00340(1)-ADA |
| | § | |
| (1) TREVOR JAMES THOMPSON | § | |

**AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  April 21, 2026 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) TREVOR JAMES THOMPSON, which alleged

that Thompson violated a condition of his supervised release and recommended that

Thompson 's supervised release be revoked (Clerk's  Document No. 39).  A warrant

issued and Thompson was arrested.  On May 1, 2026, Thompson appeared before a

United States Magistrate Judge, was ordered detained, and a revocation of supervised

release hearing was set..

Thompson appeared before the magistrate judge on May 12, 2026, waived his right

to a preliminary hearing and to be present before the United States District Judge at the

time of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

May 12, 2026, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Thompson, the magistrate judge recommends that this court continue Thompson supervised release, and extended said release for a period of ONE (1) YEAR.   The magistrate judge recommends the additional following special conditions: participation in outpatient substance abuse treatment services and New Day education and counseling services.  The defendant must also come to Waco once a week for drug testing, which will be undertaken at his own expense (Clerk's  Document  No. 46).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 12, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation Of United States Magistrate Judge (Clerk's Document No. 47). The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 46 )  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) TREVOR JAMES

THOMPSON 's term of supervised  release is hereby CONTINUED, and extended for a

period of ONE (1) YEAR.  In addition, defendant Thompson shall comply with the

following special conditions:

Including participation in outpatient substance abuse treatment services and New

Day education and counseling services.  The defendant must also come to Waco once a

week for drug testing, which will be undertaken at his own expense.

  **IT IS FURTHER  ORDERED**  that all prior conditions of supervised release are

reimposed.

Signed this 13th day of May, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE